DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DAVID B. COX,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D11-0987

[March 16, 2016]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Joel T. Lazarus, Judge; L.T. Case No. 08-14820CF10A.

Michael Hursey, Fort Lauderdale, for appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Cynthia L. Comras, Assistant Attorney General, West Palm Beach, for appellee.

DAMOORGIAN, J.

David B. Cox appeals his judgment of guilt and sentences for one count of burglary of an occupied conveyance and one count of aggravated assault with a firearm. He argues that this Court should reverse because: 1) the State committed a *Brady*[1] violation in failing to disclose two of its witnesses' criminal records; 2) the trial court erred in denying his motion for judgment of acquittal on the burglary of an occupied conveyance count; 3) the prosecutor made several un-objected to but improper comments during closing arguments; 4) there were several un-objected to evidentiary and procedural errors which cumulatively resulted in fundamental error; and 5) trial counsel's performance was ineffective. We affirm in all respects, but do so without prejudice for Appellant to raise his *Brady* violation and ineffective assistance of counsel arguments in a Rule 3.850 motion for postconviction relief.

*Affirmed.*

MAY and GERBER, JJ., concur.

---

[1]    *Brady v. Maryland*, 373 U.S. 83 (1963).

*        *        *

*Not final until disposition of timely filed motion for rehearing.*